**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SYLVESTER ANDERSON, | : | No. 4:18-CV-02053 |
| Petitioner, | : | (Judge Brann) |
| v. | : | |
| WARDEN, *et al.*, | : | |
| Respondents. | : | |

**ORDER**

**FEBRUARY 9, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, Doc. 1, shall be *sua sponte* **STAYED** pending exhaustion of state court remedies.

2. Petitioner shall return to this Court by filing a request to reopen this action within thirty (30) days after the exhaustion of his state law claims. If Petitioner should fail to comply with the deadline set forth in this order, the Court may vacate this order *nunc pro tunc* and dismiss all unexhausted claims without further notice.

3. The Clerk of Court shall administratively terminate this action for case management purposes.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge